IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALLYSON GUANCIALE,

      Appellant,

v.

NATIONSTAR     MORTGAGE, LLC,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3049

_____/

Opinion filed March 12, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Sean A. Espenship of Espenship, Schlax & Albee, LLC, Jacksonville, for Appellant.

William Noriega of Florida Foreclosure Attorneys, PLLC, Clearwater, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.